# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David Kennoy,<br>    Plaintiff<br><br>v.<br><br>Chase Bank, USA, N.A.,<br>    Defendant | Docket 3:19-cv-01851-MEM<br><br>(JUDGE MALACHY E. MANNION)<br><br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Please dismiss this matter with prejudice, with each party to be their own fees and costs.

| *s/ Brett Freeman* | *s/ Jenny N. Perkins (with consent)* |
|---|---|
| Brett Freeman<br>Bar Number PA 308834<br>Attorney for Plaintiff<br>SABATINI FREEMAN, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512<br>P: (570) 341-9000<br>F: (570) 504-2769<br>bfecf@sabatinilawfirm.com | Jenny N. Perkins<br>Bar Number PA 306498<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Phone (215) 665-8500<br>Facsimile (215) 864-8999<br>Email perkinsj@ballardspahr.com |

## ORDER

So ordered.

Date:_____                    _____
                                      Malachy E. Mannion
                                      United States District Judge