# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David Kennoy,<br>    Plaintiff<br><br>v.<br><br>Chase Bank, USA, N.A.,<br>    Defendant | Docket 3:19-cv-01851-MEM<br><br>(JUDGE MALACHY E. MANNION)<br><br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Please dismiss this matter with prejudice, with each party to be their own fees and costs.

*s/ Brett Freeman*
Brett Freeman
Bar Number PA 308834
Attorney for Plaintiff
SABATINI FREEMAN, LLC
216 N. Blakely St.
Dunmore, PA 18512
P: (570) 341-9000
F: (570) 504-2769
bfecf@sabatinilawfirm.com

*s/ Jenny N. Perkins (with consent)*
Jenny N. Perkins
Bar Number PA 306498
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone (215) 665-8500
Facsimile (215) 864-8999
Email perkinsj@ballardspahr.com

## ORDER

So ordered.

Date: 7/30/21                                               *s/ Malachy E. Mannion*
                                                            Malachy E. Mannion
                                                            United States District Judge